UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

CHOPRA & NOCERINO, LLP,

                       Plaintiff,

     -against-

ELEFTERAKIS, ELEFTERAKIS AND PANEK, P.C.,

                      Defendant.
-------------------------------------------------------------------------X

Docket No. 2:20-cv-04149

**STIPULATION OF SETTLEMENT**

It is hereby stipulated by and between Counsel that this action is settled.

Therefore, it is ordered by the Court that this action is discontinued without costs and with prejudice.

DATED: June 9, 2023

| | |
|---|---|
| ABRAMS FENSTERMAN, LLP | INTELLECTULAW™<br>THE LAW OFFICES OF P.B. TUFARIELLO, P.C. |
| By: _/s/ Seth L. Berman_<br>Seth L. Berman, Esq.<br>3 Dakota Drive, Suite 300<br>Lake Success, New York 11042<br>(516) 328-2300<br>sberman@abramslaw.com<br>Attorneys for Defendant | By: _/s/ P. Betty Tufariello_<br>P. Betty Tufariello, Esq.<br>25 Little Harbor Road<br>Mount Sinai, NY 11766<br>(631) 476-8734<br>pbtufariello@intellectulaw.com<br>Attorneys for Plaintiff |

SO ORDERED:

Dated: _____

_____
HON. STEVEN L. TISCIONE
UNITED STATES MAGISTRATE JUDGE